67,015-05

# DISTRICT COURTS OF BELL COUNTY
### 1201 HUEY ROAD · P.O. BOX 747 · BELTON, TEXAS 76513-0747

**JOHN GAUNTT, JUDGE**
27TH JUDICIAL DISTRICT
(254) 933-5261

**JACK JONES, JUDGE**
146TH JUDICIAL DISTRICT
(254) 933-6737



**GORDON G. ADAMS, JUDGE**
169TH JUDICIAL DISTRICT
(254) 933-5265
**MARTHA J. TRUDO, JUDGE**
264TH JUDICIAL DISTRICT
(254) 933-5245
**FANCY H. JEZEK, JUDGE**
426TH JUDICIAL DISTRICT
(254) 933-5247

May 6, 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX
78701

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 08 2015
Abel Acosta, Clerk

Re: Ex parte Christopher Wimberly, No. WR-67,017-05

Dear Mr. Acosta:

The above styled and numbered cause was remanded to my court on March 4, 2015, for an evidentiary hearing within 90 days and return of all materials to the Court of Criminal Appeals within 120 days. The purpose of this letter is to request a 45 day extension of those time limits.

Counsel for applicant, Richard Wetzel, sought the appointment of an investigator which I approved. That investigator is currently involved in a capital murder case set to be tried in the next two weeks. Mr. Wetzel informs me the investigation cannot be completed by the current deadline, but can be completed and the hearing held within the extended deadline sought by this letter. The State does not oppose the extension.

Please present my request to the Court and let me know of their decision. Thank you for your attention to this matter.

Sincerely,

Martha J. Trudo
264TH District Judge
27th Judicial District
Bell County, Texas

Cf: Mr. Wetzel
Mr. Proctor